NOT FOR PUBLICATION (Doc. No. 71)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| SABINSA CORPORATION, | Civil No. 14-4738 (RBK/KMW) |
| Plaintiff, | **Order** |
| v. | |
| HERBAKRAFT, INC., et al., | |
| Defendant(s). | |

**KUGLER**, United State District Judge:

    **THIS MATTER** having come before the Court upon Plaintiff Sabinsa Corporation and Defendant Prakruti Products Pvt. Ltd.'s Joint Motion to Seal (Doc. No. 71); the Court having reviewed the parties' submissions; for the reasons set forth in the accompanying Opinion; and for good cause appearing;

    **IT IS HEREBY ORDERED** that the Motion is **GRANTED** such that the Clerk of Court will maintain all of Docket Entries 62 and 64 **UNDER SEAL**; and

    **IT IS HEREBY FURTHER ORDERED** that within thirty days the parties **SHALL FILE** a redacted version of Docket Entries 62 and 64 consistent with the accompanying Opinion.

Dated:   8/4/2017                                                   s/ Robert B. Kugler
                                                                                ROBERT B. KUGLER
                                                                                United State District Judge

1