Eric I. Abraham, Esq.
Christina L. Saveriano, Esq.
**HILL WALLACK, LLP**
21 Roszel Road
Princeton, NJ 08540
Phone (609) 924-0808
Fax (609) 452-1888
eabraham@hillwallack.com
csaveriano@hillwallack.com

*Attorneys for Defendant, Prakruti Products Pvt. Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SABINSA CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>PRAKRUTI PRODUCTS PVT. LTD.,<br><br>   Defendant. | Civil Action No. 1:14-cv-04738-RBK/KMW<br><br>*DOCUMENT FILED ELECTRONICALLY*<br>MOTION RETURN DATE: September 18, 2017 |

### NOTICE OF MOTION OF COUNSEL FOR LEAVE TO WITHDRAW APPEARANCES, WITH CLIENT AGREEMENT, ON BEHALF OF DEFENDANT PRAKRUTI PRODUCTS PVT. LTD.

PLEASE TAKE NOTICE THAT on September 18, 2017, , Eric I. Abraham and Christina L. Saveriano of Hill Wallack LLP, and Joseph E. Cwik, Jonathan J. Krit and Brent A. Batzer of Amin Talati Upadhye LLP, will and hereby do move this Court for an Order granting leave to withdraw their appearances and that of Hill Wallack LLP and Amin Talati Upadhye LLP on behalf of Defendant Prakruti Products Pvt. Ltd. In support of this motion, movants will rely on the accompanying memorandum of law in support of this motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is also enclosed.

DATED: August 22, 2017

/s/Christina L. Saveriano
Eric I. Abraham, Esq.
Christina L. Saveriano, Esq.
HILL WALLACK, LLP
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08540
(609) 924-0808

Joseph E. Cwik, Esq.
Jonathan J. Krit, Esq.
Brent A. Batzer, Esq.
Amin Talati Upadhye LLP
100 South Wacker Drive, Suite 2000
Chicago IL 60606
(312) 466-1033

*Attorneys for Defendant, Prakruti Products Pvt. Ltd.*

3

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing **MOTION TO WITHDRAW** is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


August 21, 2017                                                            /s/Christina Saveriano  
Date                                                                    Christina Saveriano