Jason B. Lattimore
The Law Office Of
JASON B. LATTIMORE, ESQ. LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile: (973) 264-1159
Jason@LattimoreLaw.com

Laurence Sandell (Appellate Counsel)
MEI & MARK LLP
818 18th Street NW, Suite 410
Washington, DC 20006
202-329-9407 (Phone)
888-706-1173 (Fax)
lsandell@meimark.com

James T. Wilson (jwilson@ dbjg.com) (*pro hac vice*)
Gregory A. Krauss (gkrauss@dbjg.com)
DAVIDSON BERQUIST JACKSON & GOWDEY LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Telephone: (571) 765-7700
Facsimile: (571) 765 7200

*Counsel for Defendant/Appellant,*
*PRAKRUTI PRODUCTS PVT., LTD.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SABINSA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HERBAKRAFT, INC. and<br>PRAKRUTI PRODUCTS PVT. LTD.,<br><br>　　　　Defendants. | Civil Action No. 1:14-cv-04738-RBK-SAK |

**NOTICE OF APPEAL TO THE UNITED STATES COURT**
**OF APPEALS FOR THE FEDERAL CIRCUIT**

　　　　Notice is hereby given that Defendant, Prakruti Products Pvt. Ltd. hereby appeals to the

United States Court of Appeals for the Federal Circuit from the Order entered in this action on

May 3, 2023 (ECF No. 331) and from any and all underlying and/or interlocutory decisions, orders, opinions, rulings, determinations, judgments, findings, or conclusions of the Court preceding and/or relating to the Order.

An appeal filing fee of $505 accompanies this Notice of Appeal.

Dated:  June 2, 2023                                              Respectfully submitted,

*s/ Jason B. Lattimore*

Jason B. Lattimore
The Law Office of
JASON B. LATTIMORE, ESQ. LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile: (973) 264-1159
Jason@LattimoreLaw.com

James T. Wilson (pro hac vice)
Gregory A. Krauss
Davidson Berquist Jackson & Gowdey LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
(571) 765-7709
jwilson@dbjg.com
gkrauss@dbjg.com
Counsel for Defendant
PRAKRUTI PRODUCTS PVT. LTD.

Laurence Sandell (Appellate Counsel)
MEI & MARK LLP
818 18th Street NW, Suite 410
Washington, DC 20006
202-329-9407 (Phone)
888-706-1173 (Fax)
lsandell@meimark.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2023, a copy of the foregoing document was served on all counsel of record via the CM/ECF system.

*s/* Jason B. Lattimore
Jason B. Lattimore
